## OPINION

BELCHER, Judge.

This is an appeal from an order entered in a habeas corpus proceeding remanding appellant to custody for extradition to the State of Louisiana.

This is a companion case to Ex parte Blazier, 435 S.W.2d 506, this day decided.

The two grounds of error relied upon by appellant are the same as those overruled by this court in the opinion affirming the conviction in Ex parte Blazier, supra.

For the reasons heretofore stated, the judgment is affirmed.

### Ex parte L. D. ROYAL.
### No. 41705.

Court of Criminal Appeals of Texas.

Dec. 18, 1968.

Grady Hight, Fort Worth, Court appointed, for appellant.

Frank Coffey, Dist. Atty., Clayton Evans and Bill Roberts, Asst. Dist. Attys., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

BELCHER, Judge.

This is an appeal from an order entered in a habeas corpus proceeding remanding appellant to custody for extradition to the State of Louisiana.

This is a companion case to Ex parte Blazier, 435 S.W.2d 506, this day decided.

The two grounds of error relied upon by appellant are the same as those overruled by this court in the opinion affirming the conviction in Ex parte Blazier, supra.

For the reasons heretofore stated, the judgment is affirmed.

### Edward BYRD, Appellant,
### v.
### The STATE of Texas, Appellee.
### No. 41577.

Court of Criminal Appeals of Texas.

Nov. 13, 1968.

Rehearing Denied Jan. 15, 1969.

